UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC PETTIGREW,<br><br>                              Plaintiff,<br><br>         -against-<br><br>HALL OF FAME HOME BUYERS LLC,<br><br>                              Defendant. | 25 CIVIL 3603 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 16, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 18, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge